**James H. DUNN, Petitioner-Appellant,**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, Respondent-Appellee.**

No. 71-2175

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 19, 1971.

James Dunn, pro se.

Jack P. F. Gremillion, Atty. Gen. of La., Baton Rouge, La., for respondent-appellee.

Before, BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Dunn appeals the district court's denial of his petition for habeas corpus, 312 F.Supp. 1370. Although the court's order was entered on May 15, 1970, the appellant did not file a notice of appeal or any document which might reasonably be construed as such until the March 3, 1971 filing of his motion for a certificate of probable cause. The motion was granted on the same date by the district court.

Since the appellant failed to file a notice of appeal until almost eight months beyond the maximum extended time period provided in Rule 4(a), F.R. A.P., the district court had no authority to issue a certificate of probable cause. This Court therefore has no jurisdiction to adjudicate the appeal. Bean v. Wainwright, 5th Cir. 1971, 437 F.2d 112; Lawrence v. Wainwright, 5th Cir. 1969, 419 F.2d 1326, cert. denied 1970, 397 U.S. 1029, 90 S.Ct. 1281, 25 L.Ed.2d 542; Allen v. Wainwright, 5th Cir. 1967, 384 F.2d 745.

Appeal dismissed.

---

* [1] Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.